THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

Hampshire Division
Docket No.:

- - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL BARNETT, Plaintiff,

v.

EAST CAROLINA NEUROLOGY, INC., Defendant.

=====================================

## MOTION FOR ADMISSION PRO HAC VICE

=====================================

Harry L. Miles, Attorney for the Plaintiff Michael
Barnett, hereby moves for leave to appear in this case for
Attorney James K. Dorsett, III of Raleigh, North Carolina
to appear *Pro Hac Vice* in this case.  In support of this
Motion, Harry L. Miles states as follows:

1.  I am one of the attorneys of record for Plaintiff,
    Michael Barnett, in this case.  I am a partner in
    the firm of Green, Miles, Lipton, & Fitz-Gibbon,
    which has its offices at 77 Pleasant Street,
    Northampton, Massachusetts 01060.

2.  The Certificate of Good Standing of Attorney James
    K. Dorsett, III is attached to this Motion as
    Exhibit "A".  As described in his attached
    Certificate, Attorney Dorsett is a member of the
    firm of Smith, Anderson, Blount, Dorsett, Mitchell &
    Jernigan, L.L.P., 2500 Wachovia Capital Center, P.O.
    Box 2611, Raleigh, North Carolina.  He is an active
    member in good standing of the Bar of the State of

North Carolina, and has been since his admission in
1977.  Attorney Dorsett is admitted to practice
before the United States District Court for the
State of North Carolina.  Attorney Dorsett is not
the subject of any disciplinary proceedings in any
Bar to which he is admitted to practice, nor has he
ever been disciplined by any court of record or by
any Bar Association.

3.    Attorney Dorsett requests special leave to this
Court to appear solely for purposes of this case,
and to be admitted to this Court on that basis *Pro
Hac Vice*.

*WHEREFORE*, Attorney for the Plaintiff, Harry L. Miles,
respectfully requests that this Honorable Court grant leave
to Attorney Hargrove to appear in this case *Pro Hac Vice*,
and for such other and further relief as this Court deems
just and proper.

Dated at Northampton, November 10, 2003

Respectfully Submitted,
The Plaintiff,
By his attorney,

Harry L. Miles
GREEN, MILES, LIPTON,
& FITZ-GIBBON
77 Pleasant Street
Post Office Box 210
Northampton, MA  01061-0210
Telephone: 413-586-8218
Facsimile: 413-584-6278
BBO# 209020

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that ___James K. Dorsett, III (7695)___ is a member of the North Carolina State Bar in good standing as of this date, and that the above named attorney was duly licensed to practice law in this state on the ___21___ day of ___August___, ___1977___.

_____ has been on inactive membership status with the North Carolina State Bar since _____.

I further certify that as of this date there are no charges pending against the above named attorney, and said attorney has not been disciplined by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this ___29___ day of ___October___, ___2003___.

_____
Secretary of the North Carolina State Bar

## Certificate of Service

    I, Harry L. Miles, Esquire, hereby certify that on this date, I served a copy of the foregoing document upon Attorney Susan H. Hargrove and Attorney James J. Dorsett, Jr., of the firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., 2500 Wachovia Capital Center, P.O. Box 2611, Raleigh, North Carolina 27611-5908, by first class mail, postage prepaid.

Dated:

                                                                 Harry L. Miles

THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

Hampshire Division
Docket No.:

-----------------------------

MICHAEL BARNETT, Plaintiff,

v.

EAST CAROLINA NEUROLOGY, INC., Defendant.

=====================================

**MOTION FOR ADMISSION PRO HAC VICE**

=====================================

Harry L. Miles, Attorney for the Plaintiff Michael
Barnett, hereby moves for leave to appear in this case for
Attorney Susan H. Hargrove of Raleigh, North Carolina to
appear *Pro Hac Vice* in this case.  In support of this
Motion, Harry L. Miles states as follows:

1.    I am one of the attorneys of record for Plaintiff,
      Michael Barnett, in this case.  I am a partner in the
      firm of Green, Miles, Lipton, & Fitz-Gibbon, which has
      its offices at 77 Pleasant Street, Northampton,
      Massachusetts 01060.

2.    The Certificate of Good Standing of Attorney Susan H.
      Hargrove is attached to this Motion as Exhibit "A".  As
      described in her attached Certificate, Attorney
      Hargrove is a member of the firm of Smith, Anderson,
      Blount, Dorsett, Mitchell & Jernigan, L.L.P., 2500
      Wachovia Capital Center, P.O. Box 2611, Raleigh, North
      Carolina.  She is an active member in good standing of
      the Bar of the State of North Carolina, and has been

since her admission in 1992.  Attorney Hargrove is admitted to practice before the United States District Court for the State of North Carolina.  Attorney Hargrove is not the subject of any disciplinary proceedings in any Bar to which she is admitted to practice, nor has she ever been disciplined by any court of record or by any Bar Association.

3.    Attorney Hargrove requests special leave to this Court to appear solely for purposes of this case, and to be admitted to this Court on that basis *Pro Hac Vice*.

*WHEREFORE*, Attorney for the Plaintiff, Harry L. Miles, respectfully requests that this Honorable Court grant leave to Attorney Hargrove to appear in this case *Pro Hac Vice*, and for such other and further relief as this Court deems just and proper.

Dated at Northampton, November 10, 2003

Respectfully Submitted,
The Plaintiff,
By his attorney,

Harry L. Miles
GREEN, MILES, LIPTON,
& FITZ-GIBBON
77 Pleasant Street
Post Office Box 210
Northampton, MA  01061-0210
Telephone: 413-586-8218
Facsimile: 413-584-6278
BBO# 209020

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that _____Susan H. Hargrove (18771)_____ is a member of the North Carolina State Bar in good standing as of this date, and that the above named attorney was duly licensed to practice law in this state on the __10__ day of __April__, __1992__.

_____ has been on inactive membership status with the North Carolina State Bar since _____.

I further certify that as of this date there are no charges pending against the above named attorney, and said attorney has not been disciplined by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this __29__ day of __October__, __2003__.

_____
Secretary of the North Carolina State Bar

## Certificate of Service

    I, Harry L. Miles, Esquire, hereby certify that on this date, I served a copy of the foregoing document upon Attorney Susan H. Hargrove and Attorney James J. Dorsett, Jr., of the firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., 2500 Wachovia Capital Center, P.O. Box 2611, Raleigh, North Carolina 27611-5908, by first class mail, postage prepaid.

Dated:

_____
Harry L. Miles