UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30001-MHP

| | |
|---|---|
| MICHAEL J. BARNETT, M.D<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| EAST CAROLINA NEUROLOGY, INC.<br>Defendant | )<br>)<br>) |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Plaintiff is hereby notified, through service of this Notice upon its counsel of record, that a Notice of Removal of Hampshire County Massachusetts Civil Action No. HSCV2003-00246 to the United States District Court for the District of Massachusetts, Western Division was duly filed in the Office of the Clerk of the United States District Court for the District of Massachusetts, Western Division on January 5, 2004. A copy of the Notice of Removal is annexed hereto, together with copies of the pertinent papers served in the Superior Court.

A copy of this Notice is filed in the Superior Court pursuant to 28 U.S.C. §1446(d).

EAST CAROLINA NEUROLOGY, INC.,
By Its Attorneys,

_____
Francis D. Dibble, Jr.
 BBO No. 123220
Vanessa L. Smith
 BBO No. 649258
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 781-2820
Fax: (413) 272-6804

Dated: January 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2004, I caused a true and correct copy of the foregoing **Notice of Filing of Notice of Removal** to be served by United States mail, first class postage prepaid, upon: Harry L. Miles, Esq., 77 Pleasant Street, P.O. Box 210, Northampton, MA 01061 and James K. Dorsett, III, Esq., Susan H. Hargrove, Esq., P.O. Box 2611, Raleigh, NC 27602-2611.

_____
Vanessa L. Smith, Attorney for Defendant