the right to make use of such of his own property as he may desire and such property shall be and remain that of the Contractee.

6. Contractor agrees that in emergency situations Contractee may, in his sole discretion, seek advice and assistance from physicians not employed by Contractor. Contractee agrees that if he desires the advice or assistance of an outside physician in a non-emergency situation, he will follow such procedure as may be prescribed by Contractor for obtaining the same.

7. Contractee hereby expressly agrees and covenants that the compensation and benefits received by him under this Agreement shall satisfy and discharge in full all his claims upon Contractor for compensation in respect of his professional services. Contractee acknowledges that his service in the employment in no way confers upon him any ownership interest in or personal claim upon any fees charged by Contractor for his services, whether the same are collected during the contract or after the termination thereof, and he hereby disclaims and renounces any such interest or claim.

8. Contractee's compensation shall be fixed by Contractor's Board of Directors, and shall consist of payment for each MRI/MRA, CT, X-ray and Ultrasound the Contractee reads and interprets with a completed report. Payment will be made to the Contractee the 5th of the month for the previous months readings/interpretations. Fees are established as follows:

| | |
|---|---|
| MRI or MRA | $120.00 per scan first year |
| | $125.00 per scan thereafter |
| CT | $ 90.00 per scan |
| X-ray | $ 7.00 set |
| Ultrasound | $ 60.00 procedure |

9. Contractor and Contractee agree that the Professional Corporation Act, Chapter 55B of the General Statues of North Carolina, the Regulations of the Board of Medical Examiners of the State of North Carolina promulgated pursuant thereto, Contractor's Articles of Incorporation and By-Laws, together with all currently effective supplements, modifications, and regulations made thereunder, are hereby expressly referred to and specifically incorporated into this Agreement by reference and made a part hereof.

Case 3:04-cv-30001-MAP     Document 4-5     Filed 01/14/2004     Page 2 of 10

THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

Hampshire Division
Docket No.:

----------------------------

MICHAEL BARNETT, Plaintiff,

v.

EAST CAROLINA NEUROLOGY, INC., Defendant.

===================================

MOTION FOR ADMISSION PRO HAC VICE

===================================

Harry L. Miles, Attorney for the Plaintiff Michael Barnett, hereby moves for leave to appear in this case for Attorney James K. Dorsett, III of Raleigh, North Carolina to appear *Pro Hac Vice* in this case. In support of this Motion, Harry L. Miles states as follows:

1. I am one of the attorneys of record for Plaintiff, Michael Barnett, in this case. I am a partner in the firm of Green, Miles, Lipton, & Fitz-Gibbon, which has its offices at 77 Pleasant Street, Northampton, Massachusetts 01060.

2. The Certificate of Good Standing of Attorney James K. Dorsett, III is attached to this Motion as Exhibit "A". As described in his attached Certificate, Attorney Dorsett is a member of the firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., 2500 Wachovia Capital Center, P.O. Box 2611, Raleigh, North Carolina. He is an active member in good standing of the Bar of the State of

North Carolina, and has been since his admission in 1977. Attorney Dorsett is admitted to practice before the United States District Court for the State of North Carolina. Attorney Dorsett is not the subject of any disciplinary proceedings in any Bar to which he is admitted to practice, nor has he ever been disciplined by any court of record or by any Bar Association.

3. Attorney Dorsett requests special leave to this Court to appear solely for purposes of this case, and to be admitted to this Court on that basis *Pro Hac Vice*.

WHEREFORE, Attorney for the Plaintiff, Harry L. Miles, respectfully requests that this Honorable Court grant leave to Attorney Hargrove to appear in this case *Pro Hac Vice*, and for such other and further relief as this Court deems just and proper.

Dated at Northampton, November 10, 2003

Respectfully Submitted,
The Plaintiff,
By his attorney,

Harry L. Miles
GREEN, MILES, LIPTON,
& FITZ-GIBBON
77 Pleasant Street
Post Office Box 210
Northampton, MA 01061-0210
Telephone: 413-586-8218
Facsimile: 413-584-6278
BBO# 209020

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that __James K. Dorsett, III (7695)__ is a member of the North Carolina State Bar in good standing as of this date, and that the above named attorney was duly licensed to practice law in this state on the __21__ day of __August__, __1977__.

_____ has been on inactive membership status with the North Carolina State Bar since _____.

I further certify that as of this date there are no charges pending against the above named attorney, and said attorney has not been disciplined by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this __29__ day of __October__, __2003__.

*L. Thomas Lunsford*
Secretary of the North Carolina State Bar

## Certificate of Service

I, Harry L. Miles, Esquire, hereby certify that on this date, I served a copy of the foregoing document upon Attorney Susan H. Hargrove and Attorney James J. Dorsett, Jr., of the firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., 2500 Wachovia Capital Center, P.O. Box 2611, Raleigh, North Carolina 27611-5908, by first class mail, postage prepaid.

Dated:

_____
Harry L. Miles

THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

Hampshire Division
Docket No.:

---

MICHAEL BARNETT, Plaintiff,

v.

EAST CAROLINA NEUROLOGY, INC., Defendant.

================================

MOTION FOR ADMISSION PRO HAC VICE

================================

Harry L. Miles, Attorney for the Plaintiff Michael Barnett, hereby moves for leave to appear in this case for Attorney Susan H. Hargrove of Raleigh, North Carolina to appear *Pro Hac Vice* in this case. In support of this Motion, Harry L. Miles states as follows:

1. I am one of the attorneys of record for Plaintiff, Michael Barnett, in this case. I am a partner in the firm of Green, Miles, Lipton, & Fitz-Gibbon, which has its offices at 77 Pleasant Street, Northampton, Massachusetts 01060.

2. The Certificate of Good Standing of Attorney Susan H. Hargrove is attached to this Motion as Exhibit "A". As described in her attached Certificate, Attorney Hargrove is a member of the firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., 2500 Wachovia Capital Center, P.O. Box 2611, Raleigh, North Carolina. She is an active member in good standing of the Bar of the State of North Carolina, and has been

since her admission in 1992. Attorney Hargrove is admitted to practice before the United States District Court for the State of North Carolina. Attorney Hargrove is not the subject of any disciplinary proceedings in any Bar to which she is admitted to practice, nor has she ever been disciplined by any court of record or by any Bar Association.

3. Attorney Hargrove requests special leave to this Court to appear solely for purposes of this case, and to be admitted to this Court on that basis *Pro Hac Vice*.

WHEREFORE, Attorney for the Plaintiff, Harry L. Miles, respectfully requests that this Honorable Court grant leave to Attorney Hargrove to appear in this case *Pro Hac Vice*, and for such other and further relief as this Court deems just and proper.

Dated at Northampton, November 10, 2003

Respectfully Submitted,
The Plaintiff,
By his attorney,

Harry L. Miles
GREEN, MILES, LIPTON,
& FITZ-GIBBON
77 Pleasant Street
Post Office Box 210
Northampton, MA 01061-0210
Telephone: 413-586-8218
Facsimile: 413-584-6278
BBO# 209020

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that ___Susan H. Hargrove (18771)___ is a member of the North Carolina State Bar in good standing as of this date, and that the above named attorney was duly licensed to practice law in this state on the ___10___ day of ___April___, ___1992___.

_____ has been on inactive membership status with the North Carolina State Bar since _____.

I further certify that as of this date there are no charges pending against the above named attorney, and said attorney has not been disciplined by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this ___29___ day of ___October___, ___2003___.

_____
Secretary of the North Carolina State Bar


## Certificate of Service

I, Harry L. Miles, Esquire, hereby certify that on this date, I served a copy of the foregoing document upon Attorney Susan H. Hargrove and Attorney James J. Dorsett, Jr., of the firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., 2500 Wachovia Capital Center, P.O. Box 2611, Raleigh, North Carolina 27611-5908, by first class mail, postage prepaid.

Dated:

_____
Harry L. Miles