# NEUROLOGY

Volume 59, Number 6, September 24, 2002
www.neurology.org

AMERICAN ACADEMY OF NEUROLOGY

Official Journal of the American Academy of Neurology

## In This Issue

795 September 24 Highlights
Commentary: Mitoxantrone-related toxicity in multiple sclerosis
*John W. Rose*

## Editorials

798 Time-course of apparent diffusion coefficient in neonatal brain injury: The first piece of the puzzle
*Elias R. Melhem*

800 The buzz of consciousness
*K. Sathian*

## Views & Reviews

802 Differential mechanisms of action of interferon-β and glatiramer acetate in MS
CME *V. Wee Yong*

809 Insulin resistance and risk for stroke
*W.N. Kernan, S.E. Inzucchi, C.M. Viscoli, L.M. Brass, D.M. Bravata, and R.I. Horwitz*

## Articles

816 Neuronal hyperexcitability in stroke-like episodes of MELAS syndrome
*T. Iizuka, F. Sakai, N. Suzuki, T. Hata, S. Tsukahara, M. Fukuda, and Y. Takiyama*

824 A prospective, longitudinal diffusion tensor imaging study of brain injury in newborns
*R.C. McKinstry, J.H. Miller, A.Z. Snyder, A. Mathur, G.L. Schefft, C.R. Almli, J.S. Shimony, S.I. Shiran, and J.J. Neil*

834 Neocortical system abnormalities in autism: An fMRI study of spatial working memory
*B. Luna, N.J. Minshew, K.E. Garver, N.A. Lazar, K.R. Thulborn, W.F. Eddy, and J.A. Sweeney*

841 Pathophysiology of altered consciousness during seizures: Subtraction SPECT study
*K.H. Lee, K.J. Meador, Y.D. Park, D.W. King, A.M. Murro, J.J. Pillai, and R.J. Kaminski*

847 Gamma coherence and conscious perception
*K.J. Meador, P.G. Ray, J.R. Echauz, D.W. Loring, and G.J. Vachtsevanos*

855 Temporopolar changes in temporal lobe epilepsy: A quantitative MRI-based study
*S. Coste, P. Ryvlin, M. Hermier, K. Ostrowsky, P. Adeleine, J.C. Froment, and F. Mauguière*

862 Arterial reocclusion in stroke patients treated with intravenous tissue plasminogen activator
CME *A.V. Alexandrov and J.C. Grotta*

867 Volumetric MRI predicts rate of cognitive decline related to AD and cerebrovascular disease
*D. Mungas, B.R. Reed, W.J. Jagust, C. DeCarli, W.J. Mack, J.H. Kramer, M.W. Weiner, N. Schuff, and H.C. Chui*

874 Cognitive decline in AD and mild cognitive impairment is associated with global brain damage
*W.M. van der Flier, D.M.J. van den Heuvel, A.W.E. Weverling-Rijnsburger, A. Spilt, E.L.E.M. Bollen, R.G.J. Westendorp, H.A.M. Middelkoop, et al.*

880 Reduced incidence of AD with NSAID but not $H_2$ receptor antagonists: The Cache County Study
*P.P. Zandi, J.C. Anthony, K.M. Hayden, K. Mehta, L. Mayer, J.C.S. Breitner, for the Cache County Study Investigators*

887 Midlife income, occupation, APOE status, and dementia: A population-based study
*T. Anttila, E.-L. Helkala, M. Kivipelto, M. Hallikainen, K. Alhainen, H. Heinonen, A. Mannermaa, J. Tuomilehto, H. Soininen, and A. Nissinen*

893 Hemisphere asymmetries for imitation of novel gestures
*G. Goldenberg and S. Strauss*

898 The clock drawing test is a poor screen for very mild dementia
*K.K. Powlishta, D.D. Von Dras, A. Stanford, D.B. Carr, C. Tsering, J.P. Miller, and J.C. Morris*

904 Migraine and cognitive function: A life-course study
*K.E. Waldie, M. Hausmann, B.J. Milne, and R. Poulton*

909 Cardiac adverse effects associated with mitoxantrone (Novantrone) therapy in patients with MS
CME *R.G. Ghalie, G. Edan, M. Laurent, E. Mauch, S. Eisenman, H.P. Hartung, R.E. Gonsette, M.D. Butine, and D.E. Goodkin*

## Historical Neurology

914 Denny–Brown, Wilson's disease, and BAL (British antilewisite [2,3-dimercaptopropanol])
*J.A. Vilensky, W.M. Robertson, and S. Gilman*

## Brief Communications

917 Assessment of the neurogenic flare reaction in small-fiber neuropathies
*A. Bickel, H.H. Krämer, M.J. Hilz, F. Birklein, B. Neundörfer, and M. Schmelz*

920 Ullrich disease: Collagen VI deficiency: EM suggests a new basis for muscular weakness
*H. Ishikawa, K. Sugie, K. Murayama, M. Ito, N. Minami, I. Nishino, and I. Nonaka*

923 Novel mutation in X-linked Charcot-Marie-Tooth disease associated with CNS impairment
*H. Kawakami, K. Inoue, I. Sakakihara, and S. Nakamura*

**Plan to attend the 55th Annual Meeting in Honolulu,**

AANnews • November 2002

NORTHERN SUBURBS OF NEW YORK CITY: GREAT OPPORTUNITY FOR A BE/BC NEUROLOGIST TO JOIN 6 NEUROLOGISTS. COMPETITIVE SALARY WITH EXCELLENT BENEFITS LEADING TO PARTNERSHIP. SUB-SPECIALTY TRAINING DESIRABLE-SLEEP, STROKE, PAIN, EMG OR EPILEPSY. AREA PROVIDES EXCELLENT SCHOOLS WITH MANHATTAN ONLY 1/2 HOUR AWAY. REPLY TO BOX # 681D.

Established four-person neurology group located near Pittsburgh is looking for fifth BC/BE neurologist to join our practice. We serve a population of over 200,000 and 95% of our practice is directed toward adult neurology. EMG/NCV are done in our office. Practice is designed for family and personal time. Competitive salary with full benefits and partnership option. Send CV to Box 723D.

New York City - Academic hospital-based practice opportunity available for board certified/board eligible neurologist. This practice combines outstanding opportunities for patient care, teaching, and clinical research. Competitive salary and benefits package. Send CV to Box 1717D.

NORTHEAST-Established five-physician adult private practice Neurology group located in Central Connecticut seeking to replace a senior associate retiring in June 2003. University academic affiliation. Competitive salary and benefits package. Neurophysiology expertise desired. Fax CV to Blind Box #1779D.

Major New York City teaching hospital seeks outstanding physician leader to direct a new stroke center program. Board certified or board eligible neurologist with stroke fellowship training or experience as a stroke subspecialist will be considered. The selected candidate will oversee a multi-disciplinary group of medical professionals who comprise our stroke team, which currently services 450 stroke patients annually. For consideration, please mail your CV to Blind Box #1794D

Neurologist: BE/BC for an established growing practice in Massachusetts. Sub-specialty training in stroke, movement disorder or neuromuscular diseases helpful but not necessary. Reply with CV and names of three references to Blind Box #1798D.

## SOUTHEAST

Seeking BC Neurologist with interest in clinical research trials to join busy solo Neurology practice in Atlanta/Decatur, GA. Fax CV with letters of reference to (404) 508-4009, Marshall L. Nash, M.D.

SE FLA: BC/BE Neurologist, preferably with pain Mgt. or Sleep experience, to join 4 person (BC) MD adult Neuro group practice in Palm Beach County. Fellowship training desired but not essential. Competitive compensation and benefits offered. Long-term commitment (with partnership potential) desired of interested applicants. Fax CV to 561-367-1537 or e-mail CV to VAL3926446@aol.com.

Central Florida: BC/BE neurologist to join busy, well-established practice in Orlando area. Excellent lifestyle: theme parks, beaches in close proximity. Competitive salary and benefits. Great staff. EEG/EMG experience essential. Fax CV to 407-788-2848

BALTIMORE: SEEKING BC/BE NEUROLOGIST TO JOIN BUSY, RESPECTED 3-PERSON SUBURBAN COMMUNITY PRIVATE PRACTICE AFFILIATED WITH BOTH COMMUNITY AND TEACHING INSTITUTIONS. ASSOCIATE NEEDED TO REPLACE RETIRED PARTNER. EEG/EMG FELLOWSHIP TRAINING AND/OR EXPERIENCE PREFERABLE BUT NOT REQUIRED. ATTRACTIVE BENEFITS PACKAGE WITH EARLY PARTNERSHIP. CHECK WEB SITE: WWW.TAYLORMEDICALGROUP.COM. FAX CV TO 410-484-6278.

COASTAL VIRGINIA: Neurologists (BC/BE) to join lucrative and busy practice for three other Neurologists. Practice has four offices and offers EMG; EEG; Epilepsy Monitoring and Sleep Studies in the hospitals and offices. Excellent compensation with incentive leading to partnership, fellowship training preferred, but not required. Fax CV to 757-686-1514.

NEUROLOGISTS NEEDED - VIRGINIA BEACH, VA. Excellent opportunities exist within three busy, well-established neurology practices. An interest or fellowship in stroke is desirable for one position and epilepsy for a second position. Groups practice at Sentara Virginia Beach General Hospital, a 274-bed facility. The Sentara system was voted the number one healthcare system in the nation. Practice with high quality BC colleagues. Competitive income guarantee and earnings potential with full benefits. Partnership opportunities. Virginia Beach is the world's largest pleasure beach offering 79 miles of scenic waterways with unlimited outdoor recreational activities. For more information, contact Danise Cooper or Kittie Brown at 800-851-8805; fax 314-726-0026; e-mail kbrown@cejka.com. ID#21334-21335DE. For more opportunities, visit www.cejka.com.

BC/BE Neurologist PART TIME ONLY. Excellent opportunity for a personable, hardworking neurologist with strong clinical skills to join a busy solo practice in north Atlanta suburb. Flexible schedule, competitive salary and incentive bonus. Limited call responsibility. Please fax CV to 770-454-4690.

Adult Neurologist needed in small central beachside community on the east coast of Florida. Work at 1 small hospital with minimal HMO penetration. Join 2 existing adult Neurologists in busy expanding practice without any competition. EMG/NCS and EEG experience a plus. Attractive salary and benefit package leading to full partnership. Please fax resume to (386) 427-1890.

Central Florida East Coast group of two neurologists searching for a third BC/BE neurologist. EMG and EEG ability preferred. Suburban community at the St. John's River and 20 miles from the ocean. Community is family oriented with active cultural arts program and the home of a highly ranked southern university. Ideal area for outdoor sports oriented individual and 30 miles from a major metropolitan center. Reply: C.F.N.C., 744 W. Plymouth Ave., DeLand, Florida 32720. Fax# 386-738-7629.

CENTRAL FLORIDA - Opportunity immediately available for BE/BC neurologist to join two others in this well-established 170-physician multispecialty group practice. Located in Lakeland, FL between Tampa and Orlando. Watson Clinic, LLP is a physician-oriented group and houses its own accredited Sleep Disorders Center, along with EEG, EMG, and evoked potential capabilities; on-site laboratory; extensive diagnostic radiology capabilities including MRI, MRA, CT and nuclear medicine; and a comprehensive outpatient rehabilitation facility with an active stroke recovery program. Please send a CV to: Professional Services, Watson Clinic, LLP, 1600 Lakeland Hills Blvd, Lakeland, FL 33804; FAX (863) 680-7951; (800) 854-7786.

NEUROLOGY - NORTH CAROLINA. Join a group of 55 physicians practicing in Burlington North Carolina. Practice outpatient general neurology plus any area of interest. Call 1:2. Guarantee, production, partnership, and full benefits. Very competitive earning potential. Located in the Raleigh-Durham-Greensboro area, Burlington is home to major industry, retail and residential development. Close to recreational activities, major universities and Research Triangle park. Contact Ann Lamb at 800-851-8805, x3486; fax 314-726-0026; e-mail alamb@cejka.com. ID#21555DE. For more opportunities, visit www.cejka.com

NORTH CAROLINA: Neurologist with specialty training in neuroimaging to affiliate with eleven neurologists in a private practice located in Greenville, NC. The practice owns and operates an ACR accredited MRI scanner with a large referral base. The position would allow for a combination of clinical and neurodiagnostic responsibilities and would include academic appointment at East Carolina University School of Medicine. Reply with CV to David E. Cundiff, Administrator, East Carolina Neurology, Inc., 2280 Hemby Lane, Greenville, NC 27834 or fax (252) 752-9607.

## DENDRITE RATE INFORMATION

Rates are charged per word. A word consists of one or more letters or numbers surrounded by a space on each side.

|  | Member | Non-Member |
|---|---|---|
| Physicians in training (Medical Students, Residents, Fellows) | $.75/wd | $.85/wd |
| Hospitals | N/A | $.95/wd |
| Search Firms | N/A | $1.10/wd |
| Fellowships | $.70/wd | $.70/wd |
| All others | $.85/wd | $.95/wd |
| Tinted Box | $10.00 per insertion | |
| Confidential Reply Box | $10.00 per issue | |

Rates for the same ad scheduled at the same time for consecutive insertions with no changes are 5 cents per word less than the standard rates.

Bolded or capitalized words are 10 cents per word.

All ads appear in paragraph format. When forwarding your ad, please indicate any bolding or capitalization (Example: If an ad is sent in ALL CAPS, it will appear in ALL CAPS.)

Ad copy must be received no later than November 15 to appear in the January issue. The same deadline applies to changes/cancellations, which must be received in writing.

To place an advertisement or for more information, contact Amy Schoch, American Academy of Neurology, 1080 Montreal Ave., St. Paul, MN 55116 phone: (651) 695-2749; fax: (651) 695-2791; e-mail: aschoch@aan.com. For billing/invoice inquiries contact Nancy Rowland at (651) 695-2769; e-mail: nrowland@aan.com.

Orders for classified advertising must be submitted in writing via mail, fax or e-mail. The American Academy of Neurology reserves the right to decline, withdraw, or edit advertisements at its discretion. Every care is taken to avoid mistakes but responsibility for clerical or printer errors does not exceed the cost of the ad.

### REPLIES TO BLIND BOX NUMBERS

Address replies to blind box numbers to:

The Dendrite: Box _____
American Academy of Neurology
1080 Montreal Ave
St. Paul, MN 55116-2317

All replies will be forwarded within one week of receipt.

The ease and immediate placement of ads is at your fingertips. Place your ad with Dendrite Online. For more information, contact Amy Schoch at aschoch@aan.com or phone (651) 695-2749.

## NEUROLOGY

**BEAUTIFUL COASTAL CAROLINA CITY OF 80,000:** Join three busy neurologists averaging 60 patients per day. Competitive salary, 1:4 Call, relocation, vacation, production can reach $300,000 per year. Office has EMG, EEG and ultrasound. Live in a historical city with three colleges, international airport, great beaches, shopping and dining. Contact Rebecca Small today 800-335-9144 (ARN425).

**CENTRAL ARKANSAS, LITTLE ROCK BASED** well-established Neurology Practice seeks Board Certified/Board Eligible Adult Neurologist for a busy fast growing medical practice. We provide a full range of diagnostic testing for all aspects of neurological services. The positions are open immediately. Equal Opportunity Employer. Sign on bonus and relocation allowance with a 2-year contract. Three major privilege hospitals located within 5-10 minutes of the clinic. Send us your Curriculum Vitae (CV); you will be glad you did. Send to Box 55145, Little Rock, AR 72215. Fax: 501-954-7624.

**COLORADO** - Two busy general neurologists in Grand Junction seek conscientious third associate. Growing community offers a busy, stimulating, varied outpatient and inpatient practice. Fellowship training a plus but not required, outstanding interpersonal skills a must. Excellent community with quality schools, exceptional climate and unparalleled recreational opportunities. Generous incentive package for the right physician. Fax your CV and cover letter to Community Hospital, attn: Becky Jessen, 970-256-6510, or E-mail at bjessen@gjhosp.org

**FLORIDA** - **ADULT NEUROLOGIST:** Graceful brown pelicans splash-dive in search of a prize catch. Enjoy golden Atlantic sunrises and sandy beaches. Join our busy single-specialty adult neurology group and enjoy call coverage and a partnership track. Access to Orlando and Daytona Beach. Call Robert at 800-321-2460, or Fax your CV to 321-253-9055. E-mail: ranger2000@mindspring.com

**LOUISIANA.** General Neurology practice. Up to 50% neurophysiology, if desired. Call 1:3. Competitive salary with expectation to earn $200,000 first year. Everything is in place for you to be successful. Contact Ann Lamb at 800-851-8805, x3486; Fax: 314-726-0026; E-mail: alamb@cejka.com, ID#21140NY. For more opportunities, visit: www.cejka.com

**MIAMI BEACH, FL.** Full-time position available at Mount Sinai Medical Center/Miami Heart Institute, The Wien Center for Alzheimer's Disease and Memory Disorders. This well established center, affiliated with the University of Miami, School of Medicine, with a large (and growing), patient base, staffed by Neuropsychologists, social workers, nurses, etc, is seeking a Behavioral Neurologist, specifically interested in Memory Disorders/Dementia, with both clinical and research interests. This is an excellent opportunity for an energetic, hard-working, team-oriented neurologist looking to establish a career in Geriatrics. Bilingual in Spanish, preferred, but not required. Competitive salary and benefits. Fax cover letter and CV to 305-674-2996, Attention: Ranjan Duara, MD, or E-mail to duara@msmc.com

**THE PLACE TO BE!**
**Call 800.AMA.2260**

**NEUROLOGIST:** Full-time position available in desirable Maryland suburb along Baltimore-Washington corridor. Send resume to Maryland Neurological Center, Ste 212, 11085 Little Patuxent Pkwy, Columbia, MD 21044, Fax: 410-730-2812.

**NEUROLOGISTS NEEDED - VIRGINIA BEACH, VA.** Excellent opportunities exist within three busy, well-established neurology practices. An interest or fellowship in stroke is desirable for one position and epilepsy for a second position. Groups practice at Sentara Virginia Beach General Hospital, a 274-bed facility. The Sentara system was voted the number one healthcare system in the nation. Practice with high quality BC colleagues. Competitive income guarantee and earnings potential with full benefits. Partnership opportunities. Virginia Beach is the world's largest pleasure beach offering 79 miles of scenic waterways with unlimited outdoor recreational activities. For more information, contact Danise Cooper or Kittie Brown at 800-851-8805; Fax: 314-726-0026; E-mail: kbrown@cejka.com, ID#21334-21335-21336NJ. For more opportunities, visit: www.cejka.com

**NORTH CAROLINA: GENERAL NEUROLOGIST** - BE/BC neurologist to affiliate with eleven neurologists in a private practice located in Greenville, NC, a city in close proximity to a variety of vacation and recreational areas, ie, ocean, Outer Banks, beaches, sailing, sport fishing, tennis and golf. Cultural amenities available through the nearby University include an excellent art college, music school and drama department. Members of the group have academic appointment in a 940-bed fiscally stable teaching hospital associated with East Carolina University School of Medicine. The practice has all neurodiagnostic modalities including polysomnography, electromyography, EEG, ultrasound, X-ray and CT. We also own and operate an ACR accredited MRI center. A referral area of 1.6 million encompasses the eastern one-third of North Carolina. Applicants should send CV to David E. Cundiff, Administrator, East Carolina Neurology, Inc, 2280 Hemby Lane, Greenville, NC 27834, Fax: 252-752-9607, or E-mail: dcundiff@ecneurology.com, www.neurologychannel.com/ecn

**NORTH CAROLINA: NEUROIMAGING NEUROLOGIST.** Neurologist with specialty training in Neuroimaging to affiliate with eleven neurologists in a private practice located in Greenville, NC. The practice owns and operates an ACR accredited MRI scanner with a large referral base. The position would include academic appointment at East Carolina University School of Medicine. Applicants should send CV to David E. Cundiff, Administrator, East Carolina Neurology, Inc, 2280 Hemby Lane, Greenville, NC 27834, Fax: 252-752-9607, or E-mail: dcundiff@ecneurology.com, www.neurologychannel.com/ecn

**ANNOUNCEMENT**

**Low Vision Booklet Available**

The National Eye Institute (NEI) is offering a free booklet, *What You Should Know About Low Vision*, that describes how people with low vision can obtain help and live more safely and independently.

To obtain a booklet, call toll-free (877) 569-8474 or visit the NEI's Web site at www.nei.nih.gov.

**OHIO** - The premier private Neurology group in NE Ohio! Academic affiliation. 9 Neurologists. 6-8 weeks wait for appointment. Base salary up to 180,000, aggressive incentive, full benefits (including $7,000 car allowance). Partnership year 2. A gem! Call: Viola McNeill, 800-365-8900, ext 210; E-mail: vmcneill@comphealth.com

**WESTCHESTER AREA, NY.** Part-Time Internist, Pediatrician, or Neurologist. Immediate. Medical evaluations needed for busy EEG-biofeedback Clinic. Psychotherapy background helpful, but not necessary. Cognitive rehab for panic/sleep disorders, brain trauma, ADHD. Fax resume, 914-722-2568. Or Call: 914-722-2665.

www.NeurologyJobsOnline.com Over 150 openings! Everyone knows that 80% of jobs are not advertised. Many fantastic locations like: Coastal Florida, Suburban Chicago, Indianapolis, and Charlotte. Call for more personal assistance 800-880-2028 (ARN WEB).

TEXAS, the SOUTHEAST, and the SUNBELT STATES-There are excellent private practice opportunities available in Neurology (both Solo and Group Openings) Major cities and smaller communities available.
Call 1-800-284-4560/Houston 281-493-2797
or send CV to:    Reuben
P.O. Box 42314    Bronstein
Houston, TX 77242-2314    & Associates
FAX 281-493-2234

**www.jobsforphysicians.com**

It's not who YOU know....
It's who WE know!

Access our website for
**Nationwide Practice Opportunities in ALL Specialties**

## SURGERY: NEUROSURGERY

**VIRGINIA:** Opportunity for a General Neurosurgeon to join group of two in the beautiful Roanoke valley of Western Virginia. Call coverage is 1:3 with available space for new physician. Great financial package with benefits. Tipton & Associates 888-237-0488. Not J-1 Visa site.

One call does it all . . .

*JAMA*

*AMERICAN MEDICAL NEWS*

*ARCHIVES SPECIALTY JOURNALS*

Expand your reach cost-effectively with AMA Classified Advertising
Call **800.AMA.2260** TODAY

# ARCHIVES OF NEUROLOGY

WWW.ARCHNEUROL.COM

JULY 2002



Axial T2 localizer image (A) with preoperative (B) and postoperative (C) coronary artery bypass grafting magnetic resonance spectroscopy showing N-acetylaspartate/creatine decline. See page 1090.

CARDIAC SURGERY AND MAGNETIC RESONANCE IMAGING OF THE BRAIN

THE ROLE OF HYPOTHERMIA IN THE MANAGEMENT OF SEVERE BRAIN INJURY: A META-ANALYSIS

MECHANISMS OF ACTION OF THE 5-$HT_{1B/1D}$ RECEPTOR AGONISTS

BRAIN DAMAGE AFTER CORONARY ARTERY BYPASS GRAFTING

CLINICAL AND NEUROPATHOLOGICAL CHARACTERISTICS OF HIPPOCAMPAL SCLEROSIS: A COMMUNITY-BASED STUDY

PREVALENCE OF DEMENTIA AND DEMENTING DISEASES IN JAPAN: THE TAJIRI PROJECT

DOWN-REGULATION OF SURVIVIN EXPRESSION IN T LYMPHOCYTES AFTER INTERFERON BETA-1a TREATMENT IN PATIENTS WITH MULTIPLE SCLEROSIS

VITAMIN E AND COGNITIVE DECLINE IN OLDER PERSONS

COMPLETE TABLE OF CONTENTS ON PAGE 1062

#BXNBB6D ****************** FIRM 27834
#036057607826# NEUUAIMS 0701120104R 2 00/001
JOHN R SHUPING MD                             0249
2280 HEMBY LN
GREENVILLE NC 27834 3773                    #009382

JAMA & ARCHIVES JOURNALS
American Medical Association

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 3:04-CV-30001 (MAP)

MICHAEL J. BARNETT, M.D.          )
                                  )     AUTOMATIC DISCLOSURES OF
            Plaintiff,            )     DEFENDANT EAST CAROLINA
                                  )     NEUROLOGY, INC.
EAST CAROLINA NEUROLOGY, INC.     )
            Defendant.            )

In accordance with Fed. R. Civ. P. 26(a)(1)-(2) and Local Rule 26.2(A) and (D), defendant East Carolina Neurology, Inc. ("ECN") hereby submits its automatic discovery disclosure. In so doing, ECN does not waive and expressly reserves all objections it may assert in this action pursuant to Fed. R. Civ. P. 12 concerning personal jurisdiction and venue.

(A)   Rule 26(a)(1)(A): The name and, if known, the address and telephone number of each individual likely to have discoverable information that ECN may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

      See attached "Schedule A."

(B)   Rule 26(a)(1)(B): A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of ECN and that ECN may use to support its claims or defenses, unless solely for impeachment:

      See attached "Schedule B."

(C)   Rule 26(a)(1)(C): A computation of any category of damages claimed by ECN, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and injuries suffered:

260837

Not applicable at this time; ECN has not yet answered the complaint and has not asserted any counterclaims to date.

(D) Rule 26(a)(1)(D): For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

See Exhibit 1.

(E) Rule 26(a)(2)(A): In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

At this time, ECN has not identified any expert witness who may testify on its behalf at trial, but reserves the right to supplement this disclosure in the future in accordance with the Local Rules and the Federal Rules of Civil Procedure.

Respectfully submitted,

EAST CAROLINA NEUROLOGY, INC,
By its Attorneys,

*[signature]*

Francis D. Dibble, Jr.
 BBO No. 123220
Vanessa L. Smith
 BBO No. 649258
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 781-2820
Fax: (413) 747-0770

Date: January 26, 2004

260837

2

## CERTIFICATE OF SERVICE

I, Vanessa L. Smith, hereby certify that a true copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on this 26th day of January, 2004.

_____
Vanessa L. Smith

260837                                                3

## SCHEDULE A

J. Gregg Hardy, M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of plaintiff's termination and the reasons therefor.

D. Frank Fleming, M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of plaintiff's termination and the reasons therefor.

Daniel Lee, M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of plaintiff's termination and the reasons therefor.

Steven B. Coker, M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of plaintiff's performance and of plaintiff's termination and the reasons therefor.

Donald L. Price, Jr., M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of his communications with plaintiff concerning, among other things, plaintiff's inquiry regarding employment with ECN, negotiation of the parties' contract, and plaintiff's MRI readings; knowledge of plaintiff's performance and of plaintiff's termination and the reasons therefor.

Susan B. Boutilier, M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina 27834
(252) 752-4848

Knowledge of plaintiff's performance and of plaintiff's termination and the reasons therefor.

Anthony C. Breuer, M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina 27834
(252) 752-4848

Knowledge of plaintiff's performance.

Robert C. Frere, M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina 27834
(252) 752-4848

Knowledge of plaintiff's performance and of plaintiff's termination and the reasons therefor.

David E. Cundiff, M.H.A.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina 27834
(252) 752-4848

Knowledge of his communications with plaintiff; knowledge of plaintiff's performance and of plaintiff's termination and the reasons therefor.

Ms. Dawn Riddle
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina 27834
(252) 752-4848

Knowledge of her communications with plaintiff; knowledge of plaintiff's actions concerning patient record.

Ms. Robin Avery
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of records maintained at ECN, including documents concerning plaintiff's employment at ECN.

Ms. Mitzi Hobgood
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of records maintained at ECN, including patient records.

Ms. Lisa Letchworth
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of her communications with plaintiff; knowledge of plaintiff's actions concerning patient record.

James Easterbrook, M.D.
East Carolina Neurology
2280 Hemby Lane
Greenville, North Carolina  27834
(252) 752-4848

Knowledge of his communications with plaintiff; knowledge of plaintiff's work product and performance.

Talley E. Lassiter, Jr., M.D.
Orthopedics East
622 Medical Drive
Greenville, North Carolina  27834
(800) 682-0102

Knowledge of his communications with plaintiff and of plaintiff's work product.

Frederick Teixeira, M.D.
Pamlico Internal Medicine
1380 Cowell Farm Road
Washington, North Carolina  27889
(252) 946-2101

Knowledge of his communications with plaintiff and of plaintiff's work product.