COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT OF
THE TRIAL COURT OF THE COMMONWEALTH

Hampshire Division
Civil Action No. 3:04-CV-30001-MAP
------------------------

MICHAEL J. BARNETT, M.D., Plaintiff,

v.

EAST CAROLINA NEUROLOGY, INC., Defendant.

==========================================================

MOTION FOR LEAVE TO EXTEND TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS
(ASSENTED)

==========================================================

Now comes the plaintiff, Michael J. Barnett, in the above-referenced matter, and respectfully moves this Court to extend to file an Opposition to Defendant's Motion to Dismiss until Monday, March 1, 2004.

As grounds therefor, the plaintiff, by his attorney, states that his attorney, Harry L. Miles, will be in two civil trials during the month of February. One will commence on Monday, February 9th in Hampshire Superior Court (C.A. No.: 02-055) and the other on Tuesday, February 17th in Franklin Superior Court (C.A. No.: 01-113).

Defendant's attorney, Vanessa Smith, Esq., has assented to this motion.

Respectfully submitted,
The Plaintiff by his attorneys:
*Green, Miles, Lipton & Fitz-Gibbon*

By /s/ Harry L. Miles
Harry L. Miles
77 Pleasant Street, P.O. Box 210
Northampton, Massachusetts 01061
Telephone 413.584.6278
Facsimile 413.584.6278
BBO#: 345800

Certificate of Service
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on February 5, 2004.

/s/ Harry L. Miles
Harry L. Miles