UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MICHAEL BARNETT**
             Plaintiff                    CIVIL / CRIMINAL

                                          CASE NO. 04-30001
             V.
**EAST CAROLINA NEUROLOGY**
             Defendant

### NOTICE

**PONSOR**
_____ D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

Hearing on Motion To Dismiss AND Motion To Transfer Case       on

April 27, 2004    at   2:30 p.m.   before Judge   PONSOR         in

Courtroom #  2    on the   5th    floor.


                                          TONY ANASTAS,
                                          CLERK OF COURT

   3/10/04                           By:  /s/Elizabeth A. French
   _____                            _____
    Date                                  Deputy Clerk


**Notice mailed to:**

**All counsel of record**

**(Notice of Hearing.wpd - 7/99)** **[kntchrgcnf.]**
**[ntchrgcnf.]**