


**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY - SUITE 2300**
**BOSTON, MASSACHUSETTS 02210**
**TELEPHONE: 617-748-9152**

**TO:** Michael Brookf, Acting Clerk    **RE:** Michael J. Barnett, M.D., v. East Carolina Neurology, Inc.,

 United States District Court            CIVIL ACTION #.   3: 04-CV-30001-MAP

 201South Evans Street, Room 209         CRIMINAL #.   _____

 Greenville, NC 27858-1133               _____

                                         _____

Dear Clerk:

        Please be advised that an order transferring the above entitled action to your court was entered on
4/28/04_____ by the Honorable _____Michael A. Ponsor_____.

        The following documents are included in our file and transmitted herewith:

        ( x )    Certified copy of the docket entries;

        (x )     Certified copy of the transferral order;

        (x )     Original documents numbered _____1 through 13_____

        (   )    _____

        Kindly acknowledge receipt of the above on the copy of this letter.

                                         Respectfully,

                                         TONY ANASTAS
                                         CLERK OF COURT

Date:   April 28, 2004                   By:   /s/  Maurice G. Lindsay_____
                                                  Deputy Clerk

cc:     Counsel, File

_____

        The documents listed above were received by me on _____ and assigned the
following case number:_____.

                                         By:_____
                                            Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)